No. 877. TAMPA PHOSPHATE RAILROAD CO. *v.* SEABOARD COAST LINE RAILROAD Co. C. A. 5th Cir. Certiorari denied. *James B. McDonough, Jr.,* for petitioner. *William A. Gillen* and *James E. Thompson* for respondent. *Solicitor General Griswold, Assistant Attorney General McLaren, Howard E. Shapiro, Robert W. Ginnane,* and *Jerome Nelson* filed a memorandum in opposition for the United States et al. as *amici curiae.*

No. 885. MOYLAN ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Harold Buchman* and *William N. Kunstler* for petitioners. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Philip R. Monahan* for the United States.

No. 887. FERINO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *C. R. Bolton* for petitioner. *Solicitor General Griswold* for the United States.

No. 888. HANLEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *David W. Walters* for petitioner. *Solicitor General Griswold* for the United States.

No. 890. BLUHM *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Maurice P. Raizes* for petitioner. *Solicitor General Griswold, Assistant Attorney General Walters,* and *Crombie J. D. Garrett* for the United States.

No. 894. REED *v.* THE FOYLEBANK ET AL. C. A. 5th Cir. Certiorari denied. *John R. Martzell* for petitioner. *Leon Sarpy* for respondents.